NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SERVANDO GREGORIO, )
)
      Appellant, )
)
v. )    Case No. 2D18-3182
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed February 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.

      Affirmed. See Gregorio v. State, 241 So. 3d 784 (Fla. 2d DCA 2018)

(table decision); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State,

25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009);

Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Valdez-Garcia v. State, 965 So. 2d

318 (Fla. 2d DCA 2007); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).


KELLY, MORRIS, and SLEET, JJ., Concur.